JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-258-DMG |
| Plaintiff, | ORDER DISMISSING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) [273] |
| v. | |
| SAI ZHANG, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the Indictment as against all defendants, filed in this matter, is dismissed without prejudice. This Order applies to all defendants, namely, defendants SAI ZHANG, PANYU ZHAO, PEIJI TONG, CHENGWU HE, HANG SU, XUANYI MU, JIAYONG YU, SHUO YANG, XIAOLEI YE, and JIAXUAN HE, and this order applies only to this case, namely, Case No. CR 23-258-DMG.  All hearing dates are VACATED in Case No. CR 23-258-DMG.

DATED:  March 21, 2025

_____
DOLLY M. GEE
Chief United States District Judge